AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

BRIAN STATELY,

    Plaintiff,

V.

PRISON HEALTH SERVICES, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   3:12-cv-00646-MMD-VPC

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the Amended Complaint is dismissed with prejudice for failing to state a claim for relief.

July 10, 2013

**LANCE S. WILSON**
Clerk

/s/ K. Rusin
Deputy Clerk